```
 1  KAREN P. HEWITT
    United States Attorney
 2  SHERRI W. HOBSON
    Assistant U.S. Attorney
 3  California State Bar No. 142947
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-5021
 5
    Attorneys for Plaintiff
 6  United States of America
```

FILED

07 NOV 27 PM 3:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORDERED SEALED BY COURT              DEPUTY

UNSEALED AS OF 12/26/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF  )   Case No. 07 MJ 2757
                                )
STORAGE LOCKER #3054            )
LOCATED AT                      )
PRICE SELF STORAGE              )
533 STEVENS AVENUE WEST         )
SOLANA BEACH, CALIFORNIA        )   MOTION AND ORDER TO FILE
                                )   DOCUMENTS UNDER SEAL
                                )

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and hereby moves that the Government's Search Warrant, Application and Affidavit for Search Warrant, this motion and accompanying order in the above-referenced case be sealed until further order of this court. Disclosure of these documents would jeopardize an ongoing investigation.

DATED: November 27, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Sherri W. Hobson
SHERRI W. HOBSON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: **NOV 2 7 2007**

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge