ORIGINAL FILED

07 DEC 26 AM 11: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | SHERRI WALKER HOBSON<br>Assistant U.S. Attorney |
| 3 | California State Bar No.<br>Federal Office Building |
| 4 | 880 Front Street, Sixth Floor<br>San Diego, CA 92101-8800 |
| 5 | Telephone: (619) 557-5027 |
| 6 | Attorneys for the<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of          )   Case No. 07MJ2757
                                        )
                                        )
**STORAGE LOCKER 3054**                 )
PRICE SELF STORAGE                      )   ORDER UNSEALING
                                        )   APPLICATION AND AFFIDAVIT
                                        )   FOR SEARCH WARRANT
                                        )

Upon motion of the UNITED STATES OF AMERICA, in that the United States needs to provide discovery materials to the arrested defendants,

IT IS HEREBY ORDERED that the application for warrant with supporting documents, the application, the affidavit in support of the captioned matter, and this order be unsealed.

DATED: December 26, 2007.

THE HONORABLE LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney