# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**STORAGE LOCKER #3054 LOCATED AT
PRICE SELF STORAGE
533 STEVENS AVENUE WEST
SOLANA BEACH, CALIFORNIA**

FILED
08 APR 15 PM 12: 15

## SEARCH WARRANT

BY: ___ECL___ DEPUTY

CASE NUMBER: **07 MJ 2757**

TO: DEA NARCOTICS TASK FOR OFFICER NANCY ZUNIGA RYAN and any Authorized Officer of the United States

Affidavit(s) having been made before me by __AGENT ZUNIGA__ who has reason to believe that __ on the person of or __xxxxxx__ on the premises known as (name, description and/or location)   UNSEALED 12/26/07

**STORAGE LOCKER #3054 LOCATED AT
PRICE SELF STORAGE
533 STEVENS AVENUE WEST
SOLANA BEACH, CALIFORNIA**

*ORDERED SEALED BY COURT*

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

See ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __12/7/07__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __ANTHONY J. BATTAGLIA__
U.S. Judge or Magistrate

NOV 27 2007 2:30pm at   San Diego, California
Date and Time Issued                     City and State

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/27/07 | DATE AND TIME WARRANT EXECUTED<br>11/27/07  4:49 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>at search location |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Rotondo & Chris Felan |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

Nothing taken at this location.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

John Gipson, SA

Subscribed, sworn to, and returned before me this date.

_____    2/7/08
U.S. Judge or Magistrate                Date